THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Petitioner,<br><br>  v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>   Respondent. | Civil Action No. _____ |

### DECLARATION OF EEOC DEPUTY DIRECTOR KAREN McDONOUGH

I, Karen McDonough, hereby state as follows:

1. I am the Deputy Director of the U.S. Equal Employment Opportunity Commission's ("EEOC's") Philadelphia District Office ("PDO"). In that role I am responsible for the operations of the office, including the investigation of potential discrimination alleged in or arising from charges of discrimination.

2. The PDO is responsible for investigating charges alleging that employers have engaged in employment practices made unlawful by Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et seq*.

3. Among the EEOC's investigations pending in the PDO is the investigation arising from Commissioner Charge No. 530-2024-01963 (the "Charge").

4. The following statements are based on my personal examination of the EEOC investigative file for Charge No. 530-2024-01963.

5. On December 8, 2023, EEOC Chair Andrea Lucas issued Charge No. 530-2024-01963 with the EEOC alleging that since at least from November 2022,

        Respondent University of Pennsylvania ("Respondent") violated Title VII by "subjecting Jewish faculty (including tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the university) to an unlawful hostile work environment based on national origin, religion, and/or race." Attachment A is a true and correct copy of the Charge.[1]

6. Respondent is an employer and an academic institution, located in Philadelphia, Pennsylvania.

7. On March 27, 2025, the EEOC issued a Request for Information ("RFI") to Respondent. Item 1 asked for

> complaints by employees; including but not limited to: faculty (including, but not limited to, tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the University), of discrimination based on Jewish religion, faith, ancestry/ National Origin and/or complaints of anti-Semitism from November 1, 2022, to the present. For each complaint, produce the following information:
>     a. First and Last name of complaining employee;
>     b. Position title of complaining employee;
>     c. Dates of employment of complaining employee;
>     d. The complaint;
>     e. The method of complaint (ie hotline, email, in-person, etc.);
>     f. Identify Respondent Official(s) by name (first and last) and position title who had a role in the investigation, disposition or outcome of the complaint;
>     g. What the Respondent did in response to the complaint; and,
>     h. Complete investigation to include witness interviews, disposition reports, corrective action issued, etc.

Attachment B is a true and correct copy of the RFI.

---

[1] All Attachment designations appear on the lower right corner of the document, except for Attachment P which appears on the upper right portion of the document.

8. On May 12, 2025, Respondent responded to Item 1 of the RFI, contending that it received directly just two complaints, and a third from its Division of Public Safety, out of 20,000 employees. Respondent, however, refused to furnish the requested information, arguing that it was confidential. Attachment C is a true and correct copy of the relevant portion of Respondent's response.

9. Item 5 of EEOC's March 27, 2025 RFI sought

> a list of all clubs, groups, organizations and recreation groups (hereinafter referred to as "organizations") related to the Jewish religion, faith, ancestry/National Origin. For each organization listed, produce the following information:
> a. Name of organization;
> b. Indicate if the organization is run by employees and/or volunteers;
> c. Identify the organization Point of Contact by first and last name;
> d. Produce the organizations Point of Contact's contact information to include phone number, email address and mailing address;
> e. Produce a roster of organization members. For each member listed, indicate if they are a University employee or volunteer;
> f. For employees identified on the roster, produce their last known contact information to include personal phone number, email address and mailing address; and,
> g. Produce the organization's website, if applicable."

See Attachment B.

10. On May 12, 2025, Respondent responded to Item 5 of the RFI, refusing to supply the information on the grounds that it was "impermissibly overbroad," irrelevant, "an unreasonable intrusion into the private lives of the members of these organizations," and then referred EEOC back to its response to Item 1, above, in which it generically referred to complaints from three out of 20,000 employees. Attachment D is a true and correct copy of the relevant portion of Respondent's response.

11. Item 7 of EEOC's March 27, 2025 RFI sought

       a list of employees in the Jewish Studies Program at the University of Pennsylvania department during the period of November 1, 2022, to the present. For each employee listed, produce the following information:
           a. First and last name;
           b. Position title;
           c. Dates of employment;
           d. Location/campus; and,
           e. Last known contact information to include personal email address, phone number and mailing address.

*See* Attachment B.

12. On May 12, 2025, Respondent refused to provide the requested information, arguing that these employees' identities were confidential and irrelevant to the Charge. Attachment E is a true and correct copy of the relevant portion of Respondent's response.

13. During EEOC's investigation, Respondent furnished copies of letters to the Respondent community from its former President, its Interim President, and its Provost acknowledging that antisemitism was escalating throughout its establishment. Attachments F through O are true and correct copies of these letters describing antisemitic events at Respondent. Attachment P is a true and correct copy of a notation furnished by Respondent describing a harassing event occurring in January 2025.

14. On July 23, 2025, EEOC served Subpoena PA-25-07 (the Subpoena) on Respondent. It was specifically addressed to its General Counsel Wendy White with its outside counsel Debo Adegbile copied thereon. Attachment Q is a true and correct copy of the Subpoena, which required Respondent to:

       1. Produce complaints by employees; including but not limited to: faculty (including, but not limited to, tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the University), of discrimination based on Jewish

4

religion, faith, ancestry/National Origin and/or complaints of anti-Semitism from November 1, 2022, to the present. For each complaint, produce the following information:
    a. First and Last name of complaining employee;
    b. Position title of complaining employee;
    c. Dates of employment of complaining employee;
    d. The complaint;
    e. The method of complaint (ie hotline, email, in-person, etc.);
    f. Identify Respondent Official(s) by name (first and last) and position title who had a role in the investigation, disposition or outcome of the complaint;
    g. What the Respondent did in response to the complaint; and,
    h. Complete investigation to include witness interviews, disposition reports, corrective action issued, etc.

2. Produce a list of all clubs, groups, organizations and recreation groups (hereinafter referred to as "organizations") related to the Jewish religion, faith, ancestry/National Origin. For each organization listed, produce the following information:
    a. Name of organization;
    b. Indicate if the organization is run by employees and/or volunteers;
    c. Identify the organization Point of Contact by first and last name;
    d. Produce the organizations Point of Contact's contact information to include phone number, email address and mailing address;
    e. Produce a roster of organization members. For each member listed, indicate if they are a University employee or volunteer;
    f. For employees identified on the roster, produce their last known contact information to include personal phone number, email address and mailing address; and,
    g. Produce the organization's website, if applicable.

3. Produce a list of employees in the Jewish Studies Program at the University of Pennsylvania department during the period of November 1, 2022, to the present. For each employee listed, produce the following information:
    a. First and last name;
    b. Position title;
    c. Dates of employment;
    d. Location/campus; and,
    e. Last known contact information to include personal email address, phone number and mailing address.

4. Produce a list of staff and faculty members who participated in the Listening Sessions held in March 2024 as part of the University of Pennsylvania Task Force on Antisemitism (TFAS). For each staff or faculty member listed, produce the following information:
    a. First and last name;
    b. Position Title;

  c. Date of employment; and
  d. Last known contact information to include personal email address, phone number, and mailing address.

5. Produce all notes taken as part of the seven (7) listening sessions conducted in March 2024 as part of the University of Pennsylvania Task Force on Antisemitism (TFAS).

6. Produce a list of all faculty and staff members who received the University of Pennsylvania Task Force on Antisemitism's online Qualtrics survey. For each individual provide the following:
  a. First and Last name;
  b. Staff Member (Y/N);
  c. Faculty Member (Y/N);
  d. Position Title;
  e. Date of Employment;
  f. Copy all survey responses; and
  g. Last known contact information to include personal email address, phone number, and mailing address.

7. Produce a list of staff and faculty members who were identified in the February 26, 2024 social media post from the handle "penn.against.the.occupation" captioned "We Condemn…Any Penn faculty supporting the ongoing scholasticide in Palestine." For each staff or faculty member identified, provide the following information:
  a. First and last name;
  b. Position Title;
  c. Dates of employment;
  d. Last known contact information to include personal email address, phone number, and mailing address.[2]

8. Identify the individuals who reported the "penn.against.the.occupation" February 26, 2024 social media post to the University of Pennsylvania's Division of Public Safety. For each individual identified, provide the following information:
  a. First and last name;
  b. Position Title;
  c. Dates of employment;
  d. Copy of complaint; and
  e. Last known contact information to include personal email address, phone number, and mailing address.

9. Provide the complete investigation for the "Penn Students Against the Occupation" investigative report, including witness interviews, notes, disposition reports, corrective action issued, etc.

---

[2] Items 7, 8, and 9 were follow-up queries to Respondent's description of these events, which lacked names and details. *See* Attachment R.

15. On July 30, 2025, Respondent filed with the Commission its Petition to Revoke or Modify the Subpoena, and after carefully considering the Petition, the EEOC modified Request No. 2 to limit the response solely to the identity of employees, not students. The modified Request No. 2 reads as follows:

> Produce a list of all clubs, groups, organizations and recreation groups (hereinafter referred to as "organizations") related to the Jewish religion, faith, ancestry/National Origin. For each organization listed, produce the following information:
> a. Name of organization;
> b. Indicate if the organization is run by employees and/or volunteers;
> c. Identify the organization Point of Contact by first and last name if such Point of Contact is an employee of Respondent;
> d. Produce the organizations Point of Contact's contact information to include phone number, email address and mailing address if such Point of Contact is an employee of Respondent;
> e. Produce a roster of organization members who are employees of Respondent.
> f. For employees identified on the roster, produce their last known contact information to include personal phone number, email address and mailing address; and,
> g. Produce the organization's website, if applicable.

16. The Commission upheld the remainder of the subpoena as set forth in its Determination, a true and correct copy of which is attached hereto as Attachment S.

17. Respondent continues to refuse to furnish the requested information, which has severely hampered the EEOC's investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: ____11/17/2025_____    _____
                                                                  Karen McDonough
                                                                  Deputy Director
                                                                  U.S. EEOC
                                                                  Philadelphia District Office