

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

Office of Commissioner
Andrea R. Lucas

# COMMISSIONER'S CHARGE

Pursuant to authority contained in Title VII of the Civil Rights Act of 1964, as amended (Title VII), I issue this Commissioner's Charge against the following employer:

University of Pennsylvania
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099

I believe this employer is within the jurisdiction of the U.S. Equal Employment Opportunity Commission. I also have reason to believe that since at least November 2022, the employer has engaged in a pattern or practice of harassment based on national origin, religion, and/or race against Jewish employees, in violation of Title VII.

Specifically, the unlawful practices include, but are not necessarily limited to subjecting Jewish faculty (including tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the university) to an unlawful hostile work environment based on national origin, religion, and/or race.

The above allegations are based on publicly available information regarding the employer, including, but not limited to, news reporting; public statements by the employer and its leadership; publicly available letters from university board members, donors, alumni, and others; university materials; Title VI complaints filed against the employer in federal court and with the U.S. Department of Education; sworn testimony before the U.S. House Committee on Education and the Workforce; other witness statements; and the initiation of investigations against the employer by the U.S. Department of Education and the U.S. House Committee on Education and the Workforce.

The aggrieved individuals include a class of all current and former Jewish faculty, staff, and other employees who have been, continue to be, or may be in the future adversely affected by the unlawful employment practices complained of herein.

I, Andrea R. Lucas, a Commissioner of the Equal Employment Opportunity Commission, declare under penalty of perjury that I have cause to believe the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on this 8th day of December 2023.

_____
Commissioner
U.S. Equal Employment Opportunity Commission

Attachment A