

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1000
Philadelphia, PA 19107-3126
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Philadelphia Direct Dial: (267) 589-9700
FAX (215) 440-2606, 2632, 2822 & 2604
Website: www.eeoc.gov

March 27, 2025

**via EEOC Respondent Portal and electronic mail:**
Wendy White
Senior Vice President & General Counsel
2929 Walnut Street, Suite 400
FMC Tower at Cira Centre South
Philadelphia, PA 19104

Re:     Commissioner Andrea Lucas v University of Pennsylvania; Charge No.: 530-2024-01963

Dear Wendy White,

Respondent is hereby requested to submit the following information and records detailed on the attached Request for Information. The Commission is required by law to investigate charges filed with it, and this request constitutes a part of the investigation. Failure to respond by the identified deadline could result in the issuance of a subpoena, pursuant to the laws that we enforce, or an adverse inference finding of discrimination against the Respondent.

This request for information does not necessarily represent the entire body of evidence which the EEOC needs to obtain during the investigation. You are reminded to preserve all documents[1], applications, applicant flow logs, new hire kits, personnel files, personnel records, and electronic records relevant to this action until final disposition. Any and all information related to this Request for Information, including any and all documents[1] and emails related in any way, are considered relevant and must be preserved under the EEOC's record-keeping regulations. The information will only be disclosed in accordance with 29 C.F.R. 1601.22, or otherwise made public if the matter results in litigation.

---

[1] The term "document" used in this Request for Information is used in its broadest sense and means the complete original or a true, correct and complete copy and any non-identical copies (whether different from the original because of notes or comments made on or attached to such copy or otherwise) of any written, graphic, typed, printed, filmed, recorded or electronic information, published or unpublished, no matter how produced, recorded, stored, or reproduced (including computer stored or generated data, together with instructions or programs necessary to search and retrieve such data), including, without limitation, any writing, letter, telegram, memorandum, note, electronic mail or message, telephone message, telephone or toll call record, statement, book, handbook, appointment book, calendar, minutes or record of meetings, report, manual, study, analysis, summary, log, digest, record, bill, statement, voucher, working paper, chart, graph, table, drawing, photograph, videotape, audio recording (including telephone answering machine messages), diary, tabulation, data sheet, directive, standard, pamphlet, brochure, circular, advertisement, announcement, application, list, permit, survey, punch card, witness statement, note of interview or communication or any other data compilation in the possession, custody, or control of Respondent, including all drafts of such documents.

Attachment B

If your organization wishes to submit additional evidence which you believe will more fully support your position, please submit this evidence along with the attached requested information on or before:

Thank you in advance for your prompt attention to this request. If you have any questions, you may contact the assigned staff person listed in the Portal.

The following dates are considered the relevant period for this Request for Information:

November 1, 2022 – Present

We direct your attention to 42 U.S.C. 2000e-9 of Title VII of the Civil Rights Act of 1964, as amended. The EEOC has authority to access evidence or issue a subpoena in instances where some parties fail or refuse to cooperate with the investigation. *While the EEOC attempts to gain voluntary cooperation with its investigations, be advised that failure to respond may result in the issuance of a subpoena.*

Should you have any questions regarding the above, please contact me at jamie.storey@eeoc.gov or at (267) 589-9720.

                  Sincerely,

                  *Jamie Storey*
                  Jamie Storey
                  Federal Investigator

**Response Deadline:** April 26, 2025

                           Attachment B

U.S. Equal Employment Opportunity Commission

REQUEST FOR INFORMATION

Charging Party: Commissioner Andrea Lucas
Respondent: University of Pennsylvania
Charge No.: 530-2024-01963

1. Produce complaints by employees; including but not limited to: faculty (including, but not limited to, tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the University), of discrimination based on Jewish religion, faith, ancestry/National Origin and/or complaints of anti-Semitism from November 1, 2022, to the present. For each complaint, produce the following information:
    a. First and Last name of complaining employee;
    b. Position title of complaining employee;
    c. Dates of employment of complaining employee;
    d. The complaint;
    e. The method of complaint (ie hotline, email, in-person, etc.);
    f. Identify Respondent Official(s) by name (first and last) and position title who had a role in the investigation, disposition or outcome of the complaint;
    g. What the Respondent did in response to the complaint; and,
    h. Complete investigation to include witness interviews, disposition reports, corrective action issued, etc.

2. Produce all documents and records provided to the U.S. Department of Education's Office for Civil Rights (OCR) during the period of November 1, 2022, to the present related to their investigation of discrimination and harassment based on national origin (Jewish/Israeli ancestry).
    a. Produce documents sufficient to show the corrective action taken to address the results of the Department of Education's Office for Civil Rights (OCR) investigation.
    b. For each document produced, produce the request and the responsive documents related to each request

3. Produce applicable policies and procedures including but not limited to:
    a. Non-Discrimination Policy;
    b. Policies for Discrimination and Harassment;
    c. Employee complaint procedures; and,
    d. Policies for reporting discrimination and harassment.

Attachment B

4. Produce records[2] from the University of Pennsylvania Police Department related to employee complaints of antisemitic conduct, harassment and discrimination occurring from November 1, 2022, to the present. For each record produced, provide the following information:
   a. First and Last name of complaining party;
   b. Dates of employment;
   c. Last known contact information to include address, phone number and email address;
   d. Position title.
   e. The police report;
   f. Outcome of the investigation; and,
   g. Identify any criminal charges filed as a result of the complaint.

5. Produce a list of all clubs, groups, organizations and recreation groups (hereinafter referred to as "organizations") related to the Jewish religion, faith, ancestry/National Origin. For each organization listed, produce the following information:
   a. Name of organization;
   b. Indicate if the organization is run by employees and/or volunteers;
   c. Identify the organization Point of Contact by first and last name;
   d. Produce the organizations Point of Contact's contact information to include phone number, email address and mailing address;
   e. Produce a roster of organization members. For each member listed, indicate if they are a University employee or volunteer;
   f. For employees identified on the roster, produce their last known contact information to include personal phone number, email address and mailing address; and,
   g. Produce the organization's website, if applicable.

6. Produce records sufficient to show the avenues available for employees to report discrimination.

7. Produce a list of employees in the Jewish Studies Program at the University of Pennsylvania department during the period of November 1, 2022, to the present. For each employee listed, produce the following information:
   a. First and last name;
   b. Position title;
   c. Dates of employment;
   d. Location/campus; and,
   e. Last known contact information to include personal email address, phone number and mailing address.

---

[2] "Records" refer to any and all writing or records of any kind, whether handwritten, typed, printed or maintained in computer or electronic format, whether published or unpublished, distributed or undistributed, including but not limited to: e-mails, text messages, video files, audio recordings, letters, memoranda, studies, reports, tapes, discs, schedules, booklets, circulars, bulletins, minutes, grievances, arbitration submissions, phone records, and all other data compilations.

Attachment B