

# University Task Force on Antisemitism
# Final Report

For Interim President J. Larry Jameson
May 20, 2024

## PREAMBLE

Antisemitism is ancient, and it is alive. It is bigotry in the form of hostility, fear, and suspicion toward Jewish people. It is distinguished by its millennia-long ubiquity and punctuated by violence, killing and an attempted extermination of Jews. Like Islamophobia, racism, misogyny, and other forms of prejudice, antisemitism can also motivate subtler forms of discrimination, stigmatization, and exclusion that eat at society like a cancer.

The University Task Force on Antisemitism took up its charge following violent acts of war and terror in Israel and amidst a surge in antisemitism in the United States and worldwide that predates October 7, 2023. Those realities profoundly affect Jews and other members of our University community, and lay bare vulnerability, pain, as well as divisions and isolation that many have experienced on campus.

This rupture in the sense of belonging for Jewish students, staff and faculty at Penn is all the more painful given our University's history and pride as a welcoming educational institution, particularly as one of special meaning and choice for Jewish students. Jewish students and their families have long chosen Penn because of its culture of openness and inclusion. Maintaining this tradition has been part of our identity for generations and we cherish it. Our sense of pride has been part of our identity for generations and has celebrated many milestones since. Indeed, when many peer colleges and universities observed restrictive Jewish admission quotas in the 1920s and beyond, Penn warmly embraced Jewish students and their families.

Although the pain of recent months is not exclusive to Penn or our Jewish community alone, antisemitism is core to our Task Force's charge. We center our recommendations on combatting antisemitism, even as we acknowledge our connection across the mosaic of identities and experience that compose our University. We do not attempt the impossible task of eradicating antisemitism, but set out to make Penn a place where antisemitism has no home, by making it antithetical to our culture and norms, curtailed by policies and through commitment to Jewish life and scholarship on campus.

Our goal is clear and firm. ***We seek to restore a sense of safety and belonging at Penn to our Jewish community by cultivating a culture that welcomes, supports, retains, and engages Jewish students, faculty, staff and alumni and helps them thrive.*** Given recent events on campus, this is a goal that must be a University priority and will require clear leadership and tangible action. Penn aspires to be one of the most welcoming institutions of higher education in the country, for Jewish and all communities. Our recommendations represent concrete pathways to realize and support this culture, both individually and collectively.

**9. ENHANCE INCIDENT REPORTING AND TRANSPARENCY**

The Task Force strongly **recommends a two-fold enhancement of our incident reporting: (1) refining the reporting mechanisms to ensure clarity and ease in reporting incidents at our institution, and (2) a responsive dashboard that conveys information to the community on the nature of the reports, findings of responsibility, and the kinds of sanctions imposed.**

The Task Force has previously highlighted this area as an action item in our Interim Report and rapid response recommendation in December.

1. Transparent and accessible reporting is vital to fostering a culture of accountability and awareness. To achieve this, we recommend not only streamlining data collection but also providing transparency in how to file an incident report.

Currently, the community can report incidents of bias, harassment, and conduct violations through a variety of offices and divisions, across several distinct platforms and channels, including the Division of Public Safety, Open Expression, Bias Incident Reporting Form, Report Online Harassment Form, and the Center for Community Standards and Accountability. This can be confusing and does not enable a full picture of trends and/or the climate on campus. We **recommend centralizing the data from reporting and frequent, and clear communication about our many reporting opportunities.**

2. Furthermore, to keep the Penn community informed and engaged, we **recommend providing regular updates and statistics on reports, investigations and outcomes derived from these reporting channels** and that there are commensurate repercussions when appropriate. This transparency not only promotes accountability but fosters trust and understanding within our community that there are commensurate repercussions when appropriate. As mentioned earlier this report, as of May 1, the Center for Community Standards and Accountability began reporting such data for the cases through their office and has committed to doing so at least twice each year.

Lastly, we recognize that these proposed processes must adhere strictly to privacy laws, including FERPA and our employment policies. We must uphold the integrity of our reporting systems while safeguarding the rights and privacy of all involved.

**Timing for Implementation: Immediately**

# Introduction

The University of Pennsylvania (UPenn) Task Force on Antisemitism (TFAS) was convened and charged on November 16, 2023. TFAS is an ad hoc group of faculty, staff, students, alumni, and volunteer leadership that is advisory to the Interim President.

Two key components of the charge of the University Task Force on Antisemitism are:
- to listen—to engage broadly and deeply to understand how members of the Penn community experience antisemitism on campus.
- to identify best practices for addressing antisemitism.

A series of Listening Sessions and an Online open-ended Survey were key strategies to address these aspects of the TFAS charge.  They were conducted in February to April 2024.  Data analysis was completed by two experts in qualitative data analysis in consultation with a Task Force member.  This document presents a high-level summary of the Listening Sessions and the Online Survey; a companion document provides more in-depth analysis and examples of comments/quotes from the participants.

# Listening Sessions

Members of the UPenn community were invited to participate in in-person Listening Sessions by an email invitation. Seven listening sessions were conducted in March of 2024. A total number of 88 individuals participated in the listening sessions: 34 students (13 undergraduates, 12 non-PhD graduate and professional students, 6 PhD students, and 3 postdocs); 29 staff members; and 25 faculty members (15 standing faculty and 10 non-standing). Participants were both Jewish and non-Jewish.

Each Listening Session was introduced by a Task Force member and led by an experienced facilitator. Participants were asked three questions: 1) what are their experiences with antisemitism at UPenn? 2) what can be done to make Penn a more welcoming, affirming place for Jewish students, faculty, and staff? and (time permitting) 3) how do you understand and interpret "what is *antisemitism?*"  The sessions lasted 60-90 minutes and a note-taker recorded the discussion.  Analysis was completed by two experts in qualitative data analysis to identify themes and illustrative quotes.  This section of the report summarizes key themes.

# Summary of Results

# What are your experiences with antisemitism at Penn or in relation to your role/activities as part of the Penn community?
### Antisemitism and Anti-Israel Sentiment
A few participants mentioned that they experienced serious antisemitic incidents, such as assault and threats. The majority of participants said they have never experienced any form of direct antisemitism, nor any type of physical violence or attacks on campus. Most expressed feeling antisemitism via the protests and offensive chants, posters, and graffiti. Participants also mentioned that they feel there is an anti-Israel sentiment now, and that can be conflated with antisemitism. Others reported instances of microaggressions and assumptions of stereotypes.

# Online Open-Ended Survey

The Task Force on Antisemitism sent out an online Qualtrics survey to the UPenn community. The survey was presented as an opportunity to give input for people who would not be participating in a Listening Session or preferred to provide input in writing. The surveys included three open ended questions, similar to the key questions asked in the Listening Sessions. Four hundred fifteen (n=415) people responded to at least one question on the survey. There were 1,136 surveys submitted that were incomplete; i.e., they did not include any responses to the questions.

Faculty and staff were most represented in the survey data, with 141 and 154 respondents respectively. Seventy-eight graduate students, 14 postdocs, 17 undergraduates, and 11 "others" submitted responses to the survey. Some respondents only answered one or two of the three questions, but all data from answered questions were analyzed. The responses are summarized below.

## Summary of Results

## Have you had personal experiences with antisemitism in relation to your time as a member of the Penn community?

Many respondents had not experienced incidents of antisemitism; however, among those who had personally experienced it or heard from others who had, six themes emerged.

### Antisemitism is common, with minimal consequences for perpetrators

Respondents shared fears about their physical safety on campus due to protests, seeing physical signs of antisemitism such as taking down posters of Israeli hostages, antisemitic graffiti, and other overt forms of antisemitism. Some respondents were afraid to publicly show indications of their Judaism and feared being on campus. Many respondents felt that perpetrators of antisemitism faced minimal, if any, consequences.

### Microaggressions

While some respondents experienced overt experiences of antisemitism and were concerned for their physical safety. Others shared experiences of microaggressions in which antisemitic comments were made or the needs of Jews on campus were ignored. There were multiple examples of special events being scheduled without consideration for Jewish holidays, and many respondents felt frustrated that Christian holidays are part of the academic calendar, while other religious holidays are ignored.

### Supervisor/Faculty Bias

Faculty, students, and staff shared experiences of antisemitism from supervisors or others in positions of power, including administrators and faculty. Students were particularly concerned about instructors sharing their personal political views with their classes, leaving some students to feel uncomfortable about sharing, or holding, their own points of view.

### Administration Response

Respondents felt that the university administration has acted in ways that either ignore antisemitism or allow it to persist. Some faculty shared experiences in which their supervisors overlooked comments that were anti-Semitic, including disparaging comments made about fasting for Yom Kippur, or wearing a Star of David. Respondents shared that some administrators showed a lack of empathy for emotions that Jews may have been feeling after recent global events. Some staff felt that antisemitism and Islamaphobia have been conflated improperly. Additionally, some respondents felt that former President Magill's testimony