THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Petitioner,<br><br>        v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO SHOW CAUSE**

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain administrative subpoena should not be enforced. Subpoena No. PA-25-07 was served on the Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on July 23, 2025, in the investigation of Charge No. 530-2024-01963. The Commission having duly served the subpoena upon the Respondent, and the Respondent having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Respondent appear on the _____ day of _____, 2025, at _____ am/pm in Courtroom _____, United States Courthouse, Philadelphia, Pennsylvania, or by such remote means as the Court shall direct separately; and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that the Equal Employment Opportunity Commission serve the Respondent with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum

in Support, on or before the _____ day of _____, 2025, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; it is further

ORDERED that the Respondent file and serve its answer to the Application no later than the _____ day of _____, 2025, and it is further

ORDERED that the Equal Employment Opportunity Commission file and serve its Reply to Respondent's answer no later than the _____ day of _____, 2025.

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE