UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>                                       Petitioner,<br>   v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>                                       Respondent. | No. 2:25-cv-06502 (GJP) |

## NOTICE OF WITHDRAWAL OF MOTION TO REASSIGN RELATED CASE

The Trustees of the University of Pennsylvania (Penn), through its counsel, hereby withdraws Penn's Motion to Reassign Related Case (ECF No. 9), without prejudice. Penn withdraws its motion in light of the recent retirement of the Honorable Mitchell S. Goldberg, who presided over *Yakoby et al. v. The Trustees of the University of Pennsylvania*, No. 23-cv-04789 (MSG), and the fact that *Yakoby* is on appeal.

Dated: December 3, 2025

Respectfully submitted,

/s/ Sean V. Burke
Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

Seth P. Waxman (*PHV application pending*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Debo Adegbile (*PHV application pending*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
debo.adegbile@wilmerhale.com

*Attorneys for Respondent the Trustees of the University of Pennsylvania*