IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *Petitioner,* v. THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *Respondent.* | CIVIL ACTION NO. 25-6502 |

## ORDER

The U.S. Equal Employment Opportunity Commission filed an Application for an Order to Show Cause why a certain administrative subpoena should not be enforced. Subpoena No. PA-25-07 was served on the Trustees of the University of Pennsylvania pursuant to § 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on July 23, 2025, in the investigation of Charge No. 530-2024-01963.  The EEOC duly served the subpoena, and the Trustees failed to comply within the period designated in the subpoena.

**AND NOW**, this 5th day of January, 2026, upon consideration of petitioner EEOC's Application for an Order to Show Cause Why its Administrative Subpoena Should Not Be Enforced (Dkt. No. 1), it is **ORDERED** that the Application is **GRANTED**.  The Trustees shall file an answer to the Application on or before

**Tuesday, January 20, 2026**, and the EEOC shall file a reply on or before **Tuesday, January 27, 2026**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] The Court will decide whether to enforce the EEOC's subpoena after it receives the parties' briefing. *See* (Appl. for an Order to Show Cause at 24, Dkt. No. 1) (asking the Court to enforce the subpoena after giving the Trustees an opportunity to be heard).