# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>      Petitioner,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>      Respondent. | Case No. 2:25-cv-06502 (GJP) |

## MOTION TO INTERVENE AS DEFENDANTS

  The American Academy of Jewish Research, the Jewish Law Students Association of the University of Pennsylvania Carey Law School, the National and University of Pennsylvania chapters of the American Association of University Professors, and the Penn Ascociation of Senior and Emeritus Faculty (the "Proposed Intervenors") hereby move to intervene as defendants in this action. The Proposed Intervenors seek intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, or, in the alternative, pursuant to Rule 24(b). In support of this Motion, the Proposed Intervenors rely on the accompanying Memorandum of Law filed herewith, and the declarations attached thereto, which is intended to be incorporated as if set forth herein.

  The University of Pennsylvania has consented to the Proposed Intervenors intervention in this action. The EEOC refused to consent to intervention.

WHEREFORE, the Proposed Intervenors respectfully request that the Court grant their Motion and permit them to intervene as defendants in this action.

Respectfully submitted,

Dated: January 13, 2026

By: */s/ Matthew A Hamermesh*
Mark A. Aronchick
Matthew A Hamermesh
Eitan G. Kagedan
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
maronchick@hangley.com
mhamermesh@hangley.com
ekagedan@hangley.com

Harold Craig Becker
Norman L. Eisen
Democracy Defenders Fund
600 Pennsylvania Ave., S.E., No. 15180
Washington, D.C. 20003
(202) 594-9958
norm@democracydefenders.org
craig@democracydefenders.org

Seth Kreimer
3501 Sansom St.
Philadelphia, PA 19104
(215) 898-7447
skreimer@law.upenn.edu

Witold J. Walczak
Stephen Loney
Ariel Shapell
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
vwalczak@aclupa.org
sloney@aclupa.org
ashapell@acluepa.org

Amanda Shanor
3730 Walnut Street
Philadelphia, PA 19104
203-247-2195
shanor@upenn.edu

*Counsel for the Proposed Intervenors*

## **CERTIFICATE OF SERVICE**

I, Matthew A Hamermesh, hereby certify that on this 13th day of January, 2026, I caused to be filed a true and correct copy of the foregoing MOTION TO INTERVENE via the Court's electronic filing system, which will serve a copy on all counsel of record.

Dated: January 13, 2026                        Respectfully submitted,

                                               /s/ Matthew A Hamermesh