# Exhibit 8



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1000
Philadelphia, PA 19107-3126
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Philadelphia Direct Dial: (267) 589-9700
FAX (215) 440-2606, 2632, 2822 & 2604
Website: www.eeoc.gov

Our Reference:    Charge No. 530-2024-01963
                  Commissioner Lucas v. University of Pennsylvania

Wendy White
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104

Dear Ms. White,

Enclosed in this mailing is Subpoena PA 25-07, which requires Respondent's production be submitted to the Commission on or before August 6, 2025. The production and directive of the enclosed Subpoena supersedes any notice on the EEOC Respondent Portal indicating that no action is currently required. EEOC looks forward to receiving the requested information on or before August 6, 2025.

Sincerely,

July 23, 2025
Date

Jamie R. Williamson
District Director

cc: Debo Adegbile (attorney for Respondent)

**Page 1 of 7**

EEOC Form 136
(10/94)

# UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO: Wendy White
UNIVERSITY OF PENNSYLVANIA
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104

NO. PA-25-07

IN THE MATTER OF:    Commissioner Lucas v. University of Pennsylvania    Charge Number. 530-2024-01963

On behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

[ ] Testify before:   [ ] Produce and bring *   [X] E-Mail * the documents described below to:

[ ] Produce access to the evidence described below for the purpose of examination or copying to:

Jamie Storey, Federal Investigator
U.S. Equal Employment Opportunity Commission
Via e-mail at Jamie.storey@eeoc.gov
Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107
On August 6, 2025, at 5:00 p.m.

*The evidence required is*
*See* **Attachment A.**

[ ] (ADA) 42 U.S.C. 2117(a)    [X] (Title VII) 42 U.S.C. 2000e-9    [ ] (ADEA) 29 U.S.C. 626(a)    [ ] (EPA) 29 U.S.C.209

ISSUING OFFICIAL (Typed name, title and address)    ON BEHALF OF THE COMMISSION

Jamie R. Williamson, District Director
EEOC - Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107

*Jamie R. Williams* (signature)

07/23/2025

Page 2 of 7

# SUBPOENA
## PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

[ ] in person

[X] by USPS Certified Mail

[ ] by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name: Wendy White

Position: Senior Vice President and General Counsel

Address: 2929 Walnut Street, Suite 400 Phila PA 19104

On: July 23, 2025

_[signature]_
Federal Investigator, EEOC

State: Pennsylvania

Parish/County: Philadelphia

## CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

On _____
(Mo, day & year)

_____
(Signature of person making service)

_____
(Official title, if any)

SUBPOENA

Attachment to Subpoena __PA 25-07__   Dated _____July 23, 2025_____   in Charge No. _____530-2024-01963_____

On Behalf of the Commission:

_Janice R Williamson_ (signature)    7/23/25

District Director                                                                 Date

Page 3 of Form 136 (11/09)

**Page 4 of 7**

## SUBPOENA
## Attachment A to Subpoena No. PA 25-07
## July 23, 2025
## Charge No. 530-2024-01963

Unless otherwise specified in the context of a particular request, these requests seek documents and information for the time period from November 1, 2022, to the present.

1. Produce complaints by employees; including but not limited to: faculty (including, but not limited to, tenured, non-tenured, and adjunct professors), staff, and other employees (including, but not limited to, students employed by the University), of discrimination based on Jewish religion, faith, ancestry/National Origin and/or complaints of anti-Semitism from November 1, 2022, to the present. For each complaint, produce the following information:
   a. First and Last name of complaining employee;
   b. Position title of complaining employee;
   c. Dates of employment of complaining employee;
   d. The complaint;
   e. The method of complaint (ie hotline, email, in-person, etc.);
   f. Identify Respondent Official(s) by name (first and last) and position title who had a role in the investigation, disposition or outcome of the complaint;
   g. What the Respondent did in response to the complaint; and,
   h. Complete investigation to include witness interviews, disposition reports, corrective action issued, etc.

2. Produce a list of all clubs, groups, organizations and recreation groups (hereinafter referred to as "organizations") related to the Jewish religion, faith, ancestry/National Origin. For each organization listed, produce the following information:
   a. Name of organization;
   b. Indicate if the organization is run by employees and/or volunteers;
   c. Identify the organization Point of Contact by first and last name;
   d. Produce the organizations Point of Contact's contact information to include phone number, email address and mailing address;
   e. Produce a roster of organization members. For each member listed, indicate if they are a University employee or volunteer;
   f. For employees identified on the roster, produce their last known contact information to include personal phone number, email address and mailing address; and,
   g. Produce the organization's website, if applicable.

3. Produce a list of employees in the Jewish Studies Program at the University of Pennsylvania department during the period of November 1, 2022, to the present. For each employee listed, produce the following information:
   a. First and last name;

      b. Position title;
      c. Dates of employment;
      d. Location/campus; and,
      e. Last known contact information to include personal email address, phone number and mailing address.

4. Produce a list of staff and faculty members who participated in the Listening Sessions held in March 2024 as part of the University of Pennsylvania Task Force on Antisemitism (TFAS). For each staff or faculty member listed, produce the following information:
   a. First and last name;
   b. Position Title;
   c. Date of employment; and
   d. Last known contact information to include personal email address, phone number, and mailing address.

5. Produce all notes taken as part of the seven (7) listening sessions conducted in March 2024 as part of the University of Pennsylvania Task Force on Antisemitism (TFAS).

6. Produce a list of all faculty and staff members who received the University of Pennsylvania Task Force on Antisemitism's online Qualtrics survey. For each individual provide the following:
   a. First and Last name;
   b. Staff Member (Y/N);
   c. Faculty Member (Y/N);
   d. Position Title;
   e. Date of Employment;
   f. Copy all survey responses; and
   g. Last known contact information to include personal email address, phone number, and mailing address.

7. Produce a list of staff and faculty members who were identified in the February 26, 2024 social media post from the handle "penn.against.the.occupation" captioned "We Condemn…Any Penn faculty supporting the ongoing scholasticide in Palestine." For each staff or faculty member identified, provide the following information:
   a. First and last name;
   b. Position Title;
   c. Dates of employment;
   d. Last known contact information to include personal email address, phone number, and mailing address.

8. Identify the individuals who reported the "penn.against.the.occupation" February 26, 2024 social media post to the University of Pennsylvania's Division of Public Safety. For each individual identified, provide the following information:
   a. First and last name;
   b. Position Title;

      c. Dates of employment;
      d. Copy of complaint; and
      e. Last known contact information to include personal email address, phone number, and mailing address.

9. Provide the complete investigation for the "Penn Students Against the Occupation" investigative report, including witness interviews, notes, disposition reports, corrective action issued, etc.