# Exhibit 14

Docusign Envelope ID: 68E3F36E-19B9-4839-AD05-611D1F1F962F

**Statement of Jewish Federation of Greater Philadelphia regarding the United States Equal Employment Opportunity Commission's action to enforce a subpoena against the University of Pennsylvania**

The United States Equal Employment Opportunity Commission (EEOC) has filed an action in federal court to enforce a subpoena against the University of Pennsylvania relating to its investigation into allegations of antisemitism on Penn's campus in 2023.  The EEOC states that Penn has not provided the government with membership lists for Jewish organizations, or the personal emails, phone numbers and home addresses of individuals who are members of Jewish organizations, are affiliated with Penn's Jewish Studies Program, or provided confidential feedback to Penn's Task Force on Antisemitism.  The EEOC asks for a court order requiring Penn to compile lists of these Jewish employees and their personal information for the government. It also asks the court to compel Penn to disclose the names of Jewish employees who submitted complaints to Penn and object to Penn sharing their information with the agency. And its demands for information appear to reach not only faculty and staff, but also student employees.

We appreciate the EEOC's desire to speak with employees who experienced antisemitism.  However, we also understand Penn has offered to send *all employees* notice of the investigation, spelling out the agency's interest in hearing about any employee's experiences with antisemitism at the University as well as information about how individuals could contact the EEOC directly and/or submit information to it.  Penn's offer would allow the EEOC to hear from any employees who wish to provide the agency with information about antisemitism confidentially.  At the same time, the offer would respect the wishes of those employees who do not want their personal information shared with the government and avoid putting a university in the position of assembling lists of Jewish employees for the government.

We are concerned that the EEOC has chosen to press its demand for lists of Jewish employees in court, instead of pursuing the information it seeks through practical and less intrusive means.  While we support efforts to address antisemitism in the workplace, as well as antisemitism in any form, seeking to compel a university to compile lists of individuals who are Jewish ignores the historical experiences of the Jewish community.  The agency's demands call to memory episodes in which governments have compiled—or forced private actors to compile—lists of Jewish individuals for the purpose of persecuting Jewish communities.  The EEOC has different intentions here, but we are concerned that the agency has not considered the perspective through which many in the Jewish community will see its demands. There will certainly be Jewish employees and students who feel less safe with the knowledge that their government is willing to compel university employers to compile lists of employees and student employees identifying their Jewish religion and personal information—without consent or over their objection.

Penn has listened to its Jewish employees who do not want their information shared.  It has recognized the EEOC's demands touch a particularly sensitive issue for Jewish communities. And it has offered the agency a commonsense solution that will enable the agency to speak with employees who have information relevant to the investigation without involuntarily disclosing Jewish employees' personal information.  It would have been easier for Penn to acquiesce to the

**Page 1 of 2**

Docusign Envelope ID: 68E3F36E-19B9-4839-AD05-611D1F1F962F

agency's demands for lists of Jewish employees, and we applaud it for taking a stance that puts the wishes of Jewish employees first and respects the lessons of history.

DocuSigned by:

*Jason Holtzman*

C25209D76C434E4...

Jason Holtzman
Chief, JCRC
Jewish Federation of Greater Philadelphia