# Exhibit 15







*Instagram*    Log In    Sign Up

pennhillel • Follow

pennhillel 7w
Over the past week, we have heard from many Jewish students, staff, and faculty who are concerned about the EEOC's demand that Penn hand over personal information about Jewish employees at the University (which would include that of student workers). We share our position on this issue here.

**03**

In our view, Penn has offered a reasonable alternative — informing all employees of the investigation and inviting them to contact the EEOC directly.

We welcome and support accountability and transparency in addressing antisemitism on campus. But the privacy, consent, and safety of Jewish students, staff, and faculty cannot be compromised. Penn Hillel and Meor Penn urge all parties to pursue this investigation in a manner that confronts antisemitism with the urgency it demands while safeguarding the civil rights and security of those it aims to protect.

@PennHillel @MeorPenn

♡ 3

November 21, 2025

2