## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

                    Petitioner,

    v.

THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

                    Respondent.

No. 2:25-cv-06502

### DECLARATION OF RABBI RICK FOX IN SUPPORT OF PENN'S ANSWER TO THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE

I, Rabbi Rick Fox, declare and state as follows:

1. I am the Executive Director of MEOR Penn. I am familiar with the facts set forth in this declaration.

2. I submit this declaration in support of the Trustees of the University of Pennsylvania's ("Penn") Answer to the U.S. Equal Employment Opportunity Commission's Application for an Order to Show Cause.

3. As the Executive Director of MEOR Penn, I lead the organization's efforts in strategic planning and financial oversight or any other responsibilities emphasizing

1

oversight while ensuring that we provide students opportunities to engage with and celebrate Jewish faith and culture.

4.      Though we serve students from the University of Pennsylvania and operate as a hub for Jewish students to practice and learn more about their Jewish faith and culture, MEOR Penn is a legally and financially separate entity from the University of Pennsylvania, with a distinct mission and purpose.

5.      MEOR Penn's parent organization is MEOR, a 501(c)(3) tax-exempt organization. MEOR is an organization that strives to inspire Jewish students on college campuses to learn more about their history and heritage. MEOR has a presence in over 20 universities and colleges in the United States, touching the lives of thousands of students each year. MEOR is has its own Board of Directors.

6.      MEOR Penn is one such chapter of MEOR and also operates as a 501(c)(3) nonprofit.

7.      MEOR Penn does not operate at the University of Pennsylvania's direction and does not share membership information with the University. The University of Pennsylvania does not have access or control over any information about MEOR Penn's members or the individuals who access our facilities, which are off campus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2025, in Philadelphia, Pennsylvania.

2

Dated: December 5, 2025

Rabbi Rick Fox

Executive Director, Meor Penn

3