UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

                                    Petitioner,

            v.

THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

                                    Respondent.

No.  2:25-cv-06502

**DECLARATION OF RABBI GABRIEL GREENBERG IN SUPPORT OF PENN'S
ANSWER TO THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
<u>APPLICATION FOR AN ORDER TO SHOW CAUSE</u>**

I, Rabbi Gabriel F. Greenberg, declare and state as follows:

1.      I am the Executive Director of Penn Hillel.  I am familiar with the facts set forth in this declaration.

2.      I submit this declaration in support of the Trustees of the University of Pennsylvania's ("Penn") Answer to the U.S. Equal Employment Opportunity Commission's Application for an Order to Show Cause.

3.      As the Executive Director at Penn Hillel, I lead the organization's efforts in helping Jewish students thrive and grow Jewishly during their time on Penn's campus; deepen their connection to Israel and the global Jewish people; engage in expansive Jewish learning; and observe and celebrate rituals, holidays, and meaningful communal moments throughout the year.

1

4. Though we serve students from the University of Pennsylvania and operate as a hub for Jewish students to practice and learn more about their Jewish faith and culture, Penn Hillel is a legally and financially separate entity from the University of Pennsylvania, with a distinct mission and purpose.

5. Penn Hillel operates as a 501(c)(3) educational nonprofit. Penn Hillel is financed by third party donations and has its own Board of Directors.

6. Penn Hillel does not operate at the University of Pennsylvania's direction and does not share membership information with the University. Penn Hillel maintains information about members and individuals who participate in Penn Hillel programing on its own information systems.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2026, in Philadelphia, Pennsylvania.

Dated: January 12, 2026

Rabbi Gabriel F. Greenberg
Executive Director, Penn Hillel