IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *Petitioner,* v. THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, *Respondent.* | CIVIL ACTION NO. 25-6502 |

## ORDER

**AND NOW**, this 3rd day of February, 2026, upon consideration of the proposed intervenors' Motion to Intervene (Dkt. No. 14), the EEOC's response (Dkt. No. 28) and the proposed intervenors' reply (Dkt. No. 35), it is **ORDERED** the Motion is **GRANTED**.  It is further **ORDERED**:

1. The intervenors' Motion to Seal (Dkt. No. 15) is **DENIED**;

2. The intervenors shall file unredacted versions of Exhibits A and B to Dkt. No. 14 **on or before Friday, February 6, 2026**; and

3. The EEOC shall respond to the intervenors' Answer in Opposition (Dkt. No. 21) **on or before Friday, February 13, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.