# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| *Petitioner,* | CIVIL ACTION |
| v. | NO. 25-6502 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | |
| *Respondent.* | |

## ORDER

**AND NOW**, this 5th day of February, 2026, it is hereby **ORDERED** that **ORAL ARGUMENT** on the Application for Enforcement of Administrative Subpoena (Dkt. No. 1) filed by U.S. Equal Employment Opportunity Commission has been scheduled for **TUESDAY, MARCH 10, 2026 at 10:00 a.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.