UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　　　Petitioner,<br>　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　　　　　Respondent. | No. 2:25-cv-06502 (GJP) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN OPPOSITION TO APPLICATION FOR AN ORDER TO SHOW CAUSE**

The Trustees of the University of Pennsylvania moves for leave to file a supplemental brief in support of its Opposition to Application for an Order to Show Cause. *See* Dkt. 20. During the March 10, 2026, hearing on the Equal Employment Opportunity Commission's application to enforce its administrative subpoena, the Court raised questions as to the application of *Nunez v. Pachman*, 578 F.3d 228 (3d Cir. 2009), to the privacy claims raised by Penn and Intervenors. Tr. 104:3-6, 109:17-110:4. No party or amicus addressed or cited *Nunez* in their briefing prior to the hearing. Since the hearing, Penn has researched *Nunez* and has prepared a supplemental brief addressing the case and its application to the privacy claims here. Therefore, to assist the Court's review of the issues presented, Penn respectfully seeks leave to file a supplemental brief, addressing the Court's questions at oral argument regarding *Nunez*. The proposed supplemental brief is attached hereto as Exhibit A.

Dated:  March 16, 2026

Respectfully submitted,

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
Olivia P. Greene (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
debo.adegbile@wilmerhale.com

Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Respondent the Trustees of the University of Pennsylvania*