**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                        Petitioner,<br><br>   v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>                      Respondent. | No. 2:25-cv-06502 (GJP) |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of

Respondent Penn's Motion for Leave to File Supplemental Brief in Opposition to Application for

an Order to Show Cause, and any opposition thereto, it is **ORDERED** that Penn shall be

permitted to file its Supplemental Brief in Opposition to Application for an Order to Show

Cause, attached as Exhibit A to its Motion.  Penn's Motion is **GRANTED**.

BY THE COURT:

_____
Gerald J. Pappert, J.