## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        *Petitioner,*

  v.

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA, et al.,

        *Respondents.*

CIVIL ACTION
NO. 25-6502

### ORDER

**AND NOW**, this 31st day of March, 2026, upon consideration of Petitioner's

Application for Enforcement (Dkt. No. 1), Respondents' Answers (Dkt. Nos. 20 & 21),

Petitioner's Replies (Dkt. Nos. 36 & 43) and Respondents' Surreplies (Dkt. Nos. 46

& 50), and after holding oral argument (Dkt. No. 47), it is **ORDERED** the Application

is **GRANTED as follows**:

Penn shall comply with Requests 1–9 in Subpoena No. PA 25-07 **on or before**

**Friday, May 1, 2026**.  With respect to Request 2, Penn need neither reveal any

employee's affiliation with a specific Jewish-related organization, nor provide

information regarding MEOR, Penn Hillel and the Chabad Lubavitch House.  29 C.F.R.

§ 1601.16(a); (Rick Fox Decl. at 1–3, Dkt. No. 20-20); (Gabriel Greenberg Decl. at 1–2,

Dkt. No. 20-21); (Menachem Schmidt at 1–2, Dkt. No. 20-22.)

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.