# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Petitioner,

    v.

THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

                Respondent.

No. 2:25-cv-06502 (GJP)

## STIPULATION AND [PROPOSED] BRIEFING SCHEDULE

Pursuant to Local Rule 7.4(b)(2), Petitioner U.S. Equal Employment Opportunity Commission (EEOC) and Respondent The Trustees of the University of Pennsylvania (Penn) stipulate to the following expedited schedule for briefing on Penn's motion to stay (Dkt. 57), which was filed on April 13, 2026.

1. EEOC shall file its memorandum of law in opposition to Penn's motion by Friday, April 17, 2026; and

2. Penn shall file its memorandum of law in reply by Tuesday, April 21, 2026.

Dated:  April 13, 2026

/s/ *Debra M. Lawrence*
Debra M. Lawrence
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Philadelphia District Office
31 Hopkins Place
Suite 1432
Baltimore, MD 21201
Telephone: (410) 209-2734
debra.lawrence@eeoc.gov

*Attorney for Petitioner U.S. Equal
Employment Opportunity Commission*

/s/ *Seth P. Waxman*
Seth P. Waxman (pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Debo P. Adegbile (pro hac vice)
Olivia P. Greene (pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
debo.adegbile@wilmerhale.com
olivia.greene@wilmerhale.com

Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Respondent the Trustees of the
University of Pennsylvania*

**SO ORDERED on this _____ day of _____, 2026**

_____
**THE HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE**

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on April 13, 2026, a true and correct copy of the foregoing Stipulation and Proposed Briefing Schedule was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 13, 2026                                   Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman