**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　Respondent. | No. 2:25-cv-06502 (GJP) |

## <u>STIPULATION AND BRIEFING SCHEDULE</u>

Pursuant to Local Rule 7.4(b)(2), Petitioner U.S. Equal Employment Opportunity Commission (EEOC) and Respondent The Trustees of the University of Pennsylvania (Penn) stipulate to the following expedited schedule for briefing on Penn's motion to stay (Dkt. 57), which was filed on April 13, 2026.

1. EEOC shall file its memorandum of law in opposition to Penn's motion by Friday, April 17, 2026; and

2. Penn shall file its memorandum of law in reply by Tuesday, April 21, 2026.

Dated: April 13, 2026

/s/ *Debra M. Lawrence*

Debra M. Lawrence
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Philadelphia District Office
31 Hopkins Place
Suite 1432
Baltimore, MD 21201
Telephone: (410) 209-2734
debra.lawrence@eeoc.gov

*Attorney for Petitioner U.S. Equal*
*Employment Opportunity Commission*

/s/ *Seth P. Waxman*

Seth P. Waxman (pro hac vice)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Debo P. Adegbile (pro hac vice)
Olivia P. Greene (pro hac vice)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
debo.adegbile@wilmerhale.com
olivia.greene@wilmerhale.com

Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Respondent the Trustees of the*
*University of Pennsylvania*

**SO ORDERED on this** 14th **day of** April **, 2026**

*/s/ Gerald J. Pappert*

**THE HONORABLE GERALD J. PAPPERT**
**UNITED STATES DISTRICT JUDGE**