**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>THE TRUSTEES OF THE UNIVERSITY<br>OF PENNSYLVANIA,<br>　　　　　　　　Respondent. | Case No. 2:25-cv-06502 (GJP) |

**STIPULATION AND BRIEFING SCHEDULE**

Pursuant to Local Rule 7.4(b)(2), Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Intervenors AAUP, AAUP-Penn, Jewish Law Students Association, Penn Association of Senior and Emeritus Faculty, and the American Academy for Jewish Research ( "Intervenors") stipulate to the following expedited schedule for briefing on Intervenors' motion to stay (Dkt. 61), which was filed on April 15, 2026.

1.　　　　EEOC shall file its memorandum of law in opposition to Intervenors' motion by Wednesday, April 22, 2026; and

2.　　　　Intervenors shall file their memorandum of law in reply by Monday, April 27, 2026.

Dated: April 21, 2026

/s/ *Debra M. Lawrence*
Debra M. Lawrence
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Philadelphia District Office 31
Hopkins Place
Suite 1432
Baltimore, MD 21201
Telephone: (410) 209-2734
debra.lawrence@eeoc.gov

*Attorney for Petitioner U.S. Equal
Employment Opportunity Commission*

By: */s/ Matthew A Hamermesh*
   Mark A. Aronchick
   Matthew A Hamermesh
   Eitan G. Kagedan
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
maronchick@hangley.com
mhamermesh@hangley.com
ekagedan@hangley.com

Witold J. Walczak
Stephen Loney
Ariel Shapell
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
vwalczak@aclupa.org
sloney@aclupa.org
ashapell@acluepa.org

Harold Craig Becker
Norman L. Eisen
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave., S.E., No. 15180
Washington, D.C. 20003
(202) 594-9958
norm@democracydefenders.org
craig@democracydefenders.org

Seth Kreimer
3501 Sansom St.
Philadelphia, PA 19104
(215) 898-7447
skreimer@law.upenn.edu

Amanda Shanor
3730 Walnut Street
Philadelphia, PA 19104

(203) 247-2195
shanor@upenn.edu

*Counsel for the Intervenors AAUP, AAUP-Penn, Jewish Law Students Association, Penn Association of Senior and Emeritus Faculty, and the American Academy for Jewish Research*

**SO ORDERED** on this <u>21st</u> day of <u>April</u>, **2026**


 */s/ Gerald J. Pappert*
**THE HONORABLE GERALD J. PAPPERT**
**UNITED STATES DISTRICT JUDGE**