### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

     *Petitioner,*

  v.

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA, et al.,

     *Respondents.*

CIVIL ACTION
NO. 25-6502

### ORDER

**AND NOW**, this 27th day of April, 2026, upon consideration of Penn's Motion to Stay Pending Appeal (Dkt. No. 57), the EEOC's response (Dkt. No. 62) and Penn's reply (Dkt. No. 65), it is **ORDERED** the Motion is **GRANTED**.

1. The Court's March 31, 2026 Order (Dkt. No. 55) is **STAYED** until the Third Circuit Court of Appeals issues its decision and mandate in Penn's appeal; and

2. The intervenors' motion for a stay (Dkt. No. 61) is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.