# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1853

EEOC v. Trustees of the University of Pennsylvania

(U.S. District Court No.: 2:25-cv-06502)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 24, 2026
PDB/cc: Debo P. Adegbile, Esq.
 Mark A. Aronchick, Esq.
 James Driscoll-MacEachron, Esq.
 Matthew A. Hamermesh, Esq.
 Eitan G. Kagedan, Esq.
 Debra M. Lawrence,
 Ariel Shapell, Esq.
 Witold J. Walczak, Esq.
 Seth P. Waxman, Esq.
 Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate